| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 2:21CR000295-001 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 25cr201 (KMW) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Eastern District of Pennsylvania | |
| Sandeep Hardikar | NAME OF SENTENCING JUDGE | |
| | The Honorable Wendy Beetlestone | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/29/2024 | TO 11/28/2025 |

OFFENSE

18 U.S.C. § 371 Conspiracy to commit wirefraud, mail fraud, honest services fraud, federal program bribery, and False Claims Act offenses (Count One).

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

In keeping with the recommendation of the Judicial Conference, to effectively address any future noncompliance, Mr. Hardikar has no desire to return to the Eastern District of Pennsylvania.

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    EASTERN    DISTRICT OF    PENNSYLVANIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    District of New Jersey    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| April 1, 2025 | S/ WENDY BEETLESTONE |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    DISTRICT OF    NEW JERSEY

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| April 2, 2025 | [signature] |
|---|---|
| *Effective Date* | *United States District Judge* |