PROB 12A
(10/24)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Sandeep Hardikar          Cr.: 25-00201-001
PACTS #: 7601241

Name of Sentencing Judicial Officer:    THE HONORABLE WENDY BEETLESTONE
UNITED STATES DISTRICT JUDGE, ED/PA
(Jurisdiction transferred to the Hon. Karen M. Williams on April 2, 2025)

Date of Original Sentence: 01/23/2024

Original Offense:    Count One: Conspiracy To Commit Wire Fraud, Mail Fraud, Honest Services Fraud, Federal Program Bribery, and False Claims Act offenses, 18 U.S.C. § 371, a Class D felony

Original Sentence: 12 months imprisonment, 2 years supervised release

Special Conditions: Restitution, Fine, Special Assessment, Financial Disclosure, No New Debt/Credit, Forfeiture

Type of Supervision: Supervised Release          Date Supervision Commenced: 11/29/2024

## INTERNATIONAL TRAVEL REQUEST

Mr. Hardikar is requesting to travel to Prague, Czech Republic, from May 15-24 to attend his son's, Tanay Hardikar, engagement. Mr. Hardikar expressed to the undersigned officer that he would like to be present for this important family occasion. Mr. Hardikar will be joined by his wife, Leena Hardikar, who has helped cover the expenses associated with the trip. He also shared with the undersigned officer that he plans on staying at a hotel in Prague during his trip. Mr. Hardikar has maintained general compliance with the terms of supervision. Mr. Hardikar reports as instructed, has maintained stable residence, and has secured employment at Osprey Consulting Inc. as a consultant in Jackson, New Jersey. Of note, Mr. Hardikar does not have any outstanding financial obligations owed to the Court. As such, he is in full compliance with the conditions of supervised release.

Respectfully submitted,

JOSEPH A. DAGROSSA, Chief
U.S. Probation Officer

By:    KYLE E. WILLIAMS
U.S. Probation Officer

/ kew

APPROVED:

Prob 12A – page 2
Sandeep Hardikar

_[signature]_                    4/28/25

ANTHONY M. STEVENS              Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐  Travel Approved

☐  Travel Denied

☑  Travel Approved and all future travel requests be at the discretion of the Probation Office (as recommended by the Probation Office)

☐  Other

_[signature]_
Signature of Judicial Officer

_[signature] April 28, 2025_
Date